JACOB GOLD, Appellant, v. MANUFACTURERS TRUST COMPANY, Individually; Said MANUFACTURERS TRUST COMPANY, as Trustee under Two Certain Indentures

of Trust Each Dated January 1, 1930, Entered into between PICK BARTH HOLDING CORPORATION and Said MANFACTURERS TRUST COMPANY and Others, Respondents, and Others, Defendants.— Orders and judgment unanimously affirmed, with ten dollars costs and disbursements to each respondent filing a brief. No opinion. Present — Kapper, Hagarty, Carswell, Tompkins and Davis, JJ.